E-FILED
Monday, 27 August, 2018  11:54:09 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT FOR
## THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| DEANA MCDONAGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 2:18-CV-2186 |
| v. | ) |
| | ) Hon. Colin S. Bruce |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF ILLINOIS, | ) Magistrate Judge Eric Long |
| | ) |
| Defendant. | ) |

### JOINT MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER

Plaintiff, Deana McDonagh, and Defendant, Board of Trustees of the University of Illinois, by their respective counsel, pursuant to Fed. R. Civ. P. 26(c), move for the entry of the attached Agreed Confidentiality Order to govern the disclosure of confidential information contained in certain documents that will be produced during the course of this litigation.  In support of this motion, the parties state as follows:

The parties agree that the entry of an appropriate protective order is necessary in order to protect confidential information that the parties have and may request that the other produce in the form of documents or otherwise disclose during the course of this litigation.  The parties submit their Agreed Confidentiality Order attached hereto as Exhibit A.

WHEREFORE, the parties respectfully request that the Court grant this motion and enter the Agreed Confidentiality Order attached hereto as Exhibit A.

Dated: August 27, 2018

Respectfully submitted,

| | |
|---|---|
| /s/Monica H. Khetarpal | /s/Kate Sedey |
| Monica H. Khetarpal | Kate Sedey |
| Jackson Lewis P.C. | The Case Law Firm, LLC. |
| 150 N. Michigan Ave., Suite 2500 | 250 S. Wacker Dr., Suite 230 |
| Chicago, IL  60601 | Chicago, IL 60606 |
| (312) 787-4949 | (312)920-0400 |
| Monica.Khetarpal@jacksonlewis.com | KSedey@thecaselawfirm.com |
| | |
| Counsel for Defendant | Counsel for Plaintiff |

4836-9351-3584, v. 1