CONFIDENTIAL

NOT FOR FILING WITH COURT UNLESS ACCEPTED BY PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DEANA MCDONAGH,<br><br>    Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE<br>UNIVERSITY OF ILLINOIS, et al.<br><br>    Defendants. | Case No. 2:18-CV-02186<br><br>District Judge Colin S. Bruce<br><br>Magistrate Judge Eric I. Long |

### RULE 68 OFFER OF JUDGMENT

Pursuant to Fed. R. Civ. P. 68 ("Rule 68"), Defendant The Board of Trustee of the University of Illinois (hereinafter "Defendant") offers to allow judgment to be taken by Plaintiff Deana McDonagh against it in the above-referenced case for:

1.  The total gross sum of $70,000; and

2.  An increase Professor McDonagh's annual salary to $115,000 effective within 14 business days of the entry of a judgment pursuant to this Offer.

This Offer of Judgment is made in full and complete settlement of all claims against Defendant in this action, inclusive of all damages, costs, attorneys' fees, and expenses accrued to date or permitted or authorized under any federal, state, and/or local statute or common law. The judgment shall be the sole judgment in the matter, and in complete disposition of the above-referenced case against Defendant, and shall be without an award of any additional relief, equitable or otherwise including attorneys' fees and costs.

Dated: June 3, 2019

Respectfully submitted,

THE BOARD OF TRUSTEES OF THE
UNIVERSITY OF ILLINOIS

By: *(signature)*
Monica H. Khetarpal

## ACCEPTANCE

Plaintiff Deana McDonagh, through her attorney, Kate Sedey of The Case Law Firm, LLC, hereby accepts the forgoing Rule 68 Offer of Judgment on the terms set forth above as a full and final settlement of the above-captioned case against Defendant The Board of Trustees of the University of Illinois, and agrees to the entry of a final order dismissing said action in its entirety with prejudice.

By: _____
Kate Sedey

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on June 18, 2019, she caused a true and correct copy of the foregoing **RULE 68 OFFER OF JUDGMENT** to be filed with the Court by electronic filing protocols, and that the same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

/s/ *Monica H. Khetarpal*
Monica H. Khetarpal