IN THE UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DEANA MCDONAGH, | ) |
| Plaintiff, | ) |
| | ) Case No.: 2:18-CV-2186 |
| v. | ) |
| | ) Hon. Colin S. Bruce |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, | ) Magistrate Judge Eric Long |
| | ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant Board of Trustees of the University of Illinois ("The Board"), by and through its undersigned counsel, requests an extension of time of 14 days, up to and including July 2, 2019, in which to answer or otherwise respond to Plaintiff's Amended Complaint. In support of its unopposed motion, Defendant states as follows:

1. Plaintiff filed her Amended Complaint on June 4, 2019. (Dkt. No. 20). Defendant presently has until June 18, 2019, to file its responsive pleading.

2. On June 3, 2019, Defendant tendered an Offer of Judgment to Plaintiff pursuant to Rule 68.

3. On June 17, 2019, Plaintiff accepted Defendant's Rule 68 Offer of Judgment.

4. On June 18, 2019, nearly contemporaneous with the filing of this Motion, Defendant filed the Rule 68 Offer of Judgment and Plaintiff's Acceptance of the same with this Court via the electronic court filing system.

5.      Because the judgment in this matter has not yet been entered, Counsel for Defendant spoke with counsel for Plaintiff regarding an extension of time in which to respond to the Amended Complaint. Counsel for Plaintiff stated she had no objection.

6.      Providing a 14-day extension of time for Defendant to respond to Plaintiff's Amended Complaint will allow the clerk to enter the judgment reached by the parties, obviating the need for an unnecessary responsive pleading and saving judicial resources, and the resources of the parties.  Granting this extension of time will not cause prejudice to any party and will not unduly delay the administration of justice in this case.

9.      This Unopposed Motion is made in good faith and not for the purpose of delay.

WHEREFORE, for all of the foregoing reasons, Defendant Board of Trustees of the University of Illinois respectfully requests that this Court enter an order granting defendant an extension of 14 days, up to and including July 2, 2019, in which to respond to Plaintiff's Amended Complaint.

Dated: June 18, 2019                               Respectfully submitted,

                                                   By: */s/ Monica H. Khetarpal*

Monica H. Khetarpal
Priya P. Khatkhate
Jackson Lewis P.C.
150 N. Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Telephone: (312) 787-4949
Monica.Khetarpal@jacksonlewis.com
Priya.Khatkhate@jacksonlews.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

 The undersigned, an attorney, certifies that on June 18, 2019, she caused a true and correct copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** to be filed with the Court by electronic filing protocols, and that the same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

                /s/ *Monica H. Khetarpal*
                 Monica H. Khetarpal