Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Deana McDonagh** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**Board of Trustees of University of Illinois,**)<br>)<br>**Defendant.** ) | Case Number: 18-2186 |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff will recover the sum of $70,000 from the defendants. Plaintiff will also receive an increase in her annual salary to $115,000 effective within 14 days of the entry of this judgment.

**Dated: June 20, 2019**

s/ Shig Yasunaga<br>
Shig Yasunaga<br>
Clerk, U.S. District Court